IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>                            Plaintiff,     )<br>                                                          )<br>          vs.                                            )     CRIMINAL NO. 3:22-CR-30134-DWD<br>                                                          )<br>BARRY BOYCE                              )<br>     aka "Little Barry,"                     )<br>                                                          )<br>                            Defendant.  ) | |

## STIPULATION OF FACTS

Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, Ali M. Summers, Assistant United States Attorney for said District, and Jeremy I. Franker and Alexander Gottfried, Trial Attorneys, United States Department of Justice, herewith enter into the following Stipulation of Facts with the defendant:

1. On or about October 24, 2018, in Mississippi County, Missouri, Defendant Boyce distributed at least 192.74 grams of a mixture or substance containing a detectable amount methamphetamine. The defendant knew that the substance that he distributed was a controlled substance.

2. On or about May 15, 2019, Defendant Boyce knowingly possessed a loaded 9mm handgun, which had previously traveled in interstate commerce, in a vehicle in Charleston, Missouri. Prior to May 15, 2018, Defendant Boyce had been convicted of a crime punishable by a term of imprisonment of more than one year, specifically, possession with intent to distribute cocaine base in 2004. When Defendant Boyce possessed the firearm, he knew that he was a convicted felon.

3. This stipulation of facts is intended only to provide the Court with sufficient foundation to accept Defendant Boyce's guilty plea and is not necessarily an exhaustive account of the Defendant's criminal activity.

## SO STIPULATED:

RACHELLE AUD CROWE
United States Attorney

_____  
Barry Boyce  
Defendant

_____  
Joslyn Anthony Sandifer  
Jordan J. Campanella  
Attorneys for Defendant

Date: 12/7/22

_____  
Ali M. Summers  
Assistant United States Attorney

_____  
Jeremy I. Franker  
Alexander B. Gottfried  
Trial Attorneys, U.S. Department of Justice

Date: 12/7/22